```
 1  Mark H. Rosenthal - State Bar No. 62573
    44 Montgomery Street, Suite 4020
 2  San Francisco, CA 94104
    415-986-1364
 3
    Attorney for Defendant and Cross-Complainant
 4  Crown Cork & Seal Company (USA), Inc.
```

FILED

2005 SEP -7 P 2: 12

[U.S. DIST. COURT]
[E.... CALIF]

BY \_\_\_\_\_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

(FRESNO DIVISION)

| | |
|---|---|
| THE MORNING STAR PACKING COMPANY, L.P. and CALIFORNIA FRUIT AND TOMATO KITCHENS, L.L.C., formerly known as CALIFORNIA FRUIT PACKING COMPANY, L.L.C.,<br><br>Plaintiff,<br><br>vs.<br><br>CROWN CORK & SEAL COMPANY (USA), INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants | Case No.:  CIV. F-03-6938 ~~JSE~~ LJO<br><br>STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINANT'S CROSS-COMPLAINT |
| CROWN CORK & SEAL COMPANY (USA), INC.,<br><br>Defendant and Cross-Complainant,<br><br>vs.<br><br>THE MORNING STAR PACKING COMPANY, L.P. AND CALIFORNIA FRUIT PACKING COMPANY, L.L.C.,<br><br>Cross-Defendants | |

It is hereby stipulated by the parties to this action, through their respective counsel, that the cross-complaint filed by defendant and cross-complainant Crown Cork & Seal Company (USA), Inc. be dismissed without prejudice, each party to bear its own costs and attorney's fees.

Dated: August 22, 2005        Crown Cork & Seal Company (USA), Inc.

_____
By Mark H. Rosenthal, its attorney

Dated: September 2, 2005      THE MORNING STAR PACKING COMPANY, L.P. AND CALIFORNIA FRUIT PACKING COMPANY, L.L.C.

_____
By Dale Campbell, their attorney

It is so ordered.

Dated: Sept 7, 2005           _____
                              United States District Court Judge

---

1

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF CROSS-COMPLAINANT'S CROSS-COMPLAINT
T:\30139\Pleadings\Stip.Dism.w.out.prej.x-comp.8.22.05.doc